AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JOHN DALE ALLEN,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. 2:14-CV-00440**

**WARDEN, HOCKING**     **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Respondent.**

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed November 4, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 4, 2014         JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk